# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROSMERY FLORES-LAZO,

 *Petitioner*,

 v.                 No. 2:26-cv-00149-SMD-KRS

KRISTI NOEM, *et al.*,

 *Respondents*.

## ORDER TO ANSWER

 Before the Court are the Petition for Writ of Habeas Corpus (Doc. 2) ("Petition") and the Emergency Motion for Temporary Restraining Order (Doc. 3) ("TRO"), filed on January 25, 2026, by Petitioner Rosmery Flores-Lazo. Petitioner is a citizen of El Salvador and is currently in the custody of Immigration and Customs Enforcement ("ICE") at the Otero County Processing Center. Doc. 2 ¶¶ 1, 11, 14.

 Petitioner entered the United States in 2013 and has since resided primarily in Florida. *Id*. ¶¶ 2, 23, 27. Petitioner asserts that she fled El Salvador to seek asylum following death threats from organized criminal groups. *Id*. ¶¶ 2, 4, 24. Petitioner's asylum application has remained pending since that time. *Id* ¶ 23. On September 3, 2025, Petitioner was detained during a routine ICE check-in, which she had attended regularly since her arrival in 2013. *Id* ¶¶ 2, 26.

 On December 23, 2025, an immigration court determined that Petitioner's asylum relief was speculative and denied her request for bond in light of the Board of Immigration Appeals' decision in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025). *Id*. ¶¶ 26, 40.

Petitioner alleges a lack of criminal history and a record of continuous employment under valid work authorization. *Id.* ¶¶ 27–28. Based on these factors, Petitioner maintains that she poses no risk of flight and presents no danger to the community. *Id.*

**IT IS THEREFORE ORDERED** that Respondents shall file a response to the emergency motion for TRO no later than February 11, 2026, at 5:00 p.m. If Petitioner elects to file an optional reply, she must do so within seven days after Respondents' response is filed.

**IT IS FURTHER ORDERED** that Respondents shall answer the Petition no later than February 18, 2026, at 5:00 p.m., and shall show cause why the requested relief should not be granted. If Petitioner elects to file an optional reply, she must do so within seven days after Respondents' answer is filed.

**IT IS FINALLY ORDERED** that the Clerk's Office shall serve the Petition and this Order on Respondents, in accordance with the Court's Standing Order establishing service of process in immigration habeas petitions filed pursuant to § 2241.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**